# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1467

VERSUS

RODNEY JOE HATCHER

FEB 1 8 2020

---

In Re:     Rodney Joe Hatcher, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR4-129437.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT